### 2454.   DIXON *v.* THE STATE.

HILL, C. J.   The circumstances corroborating the positive testimony of the accomplice are of some probative value, and their sufficiency for the purpose of corroboration was entirely a matter for the determination of the jury.   This court will not disturb the judgment of the trial judge overruling the motion for a new trial.                    *Judgment affirmed.*

Indictment for larceny; from Ben Hill superior court—Judge Whipple.   November 13, 1909.

Submitted March 9,—Decided April 6, 1910.

*Haygood & Cutts,* for plaintiff in error.

*W. F. George, solicitor-general,* contra.